# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| BRETT and MONICA DECKER, ) <br> Individually and o/b/o JANE DOE, a minor ) <br>  ) <br> **Plaintiffs** ) <br>  ) <br> v. ) <br>  ) <br> SUMNER COUNTY BOARD OF ) <br> EDUCATION and DONNA ) <br> WEIDENBENNER ) <br> Individually and in her official capacity ) <br> as the Special Needs Teacher of ) <br> Station Camp Elementary School ) <br>  ) <br> **Defendants** ) | Civil Action No. 3:09-cv-1014 <br> Judge Wiseman <br> Magistrate Griffin <br><br> **JURY DEMAND** |

## ORDER OF NON-SUIT

Pursuant to Rule 41.01, FRCP, the Plaintiffs have elected to voluntarily dismiss this action, without prejudice, against all Defendants at this time. Therefore, it is ORDERED, ADJUDGED, and DECREED that this action be dismissed without prejudice. Costs are taxed to the Plaintiffs for which execution may issue if necessary.

SO ORDERED

ENTERED: **October 22**_____, 2010

_____
Senior Judge Thomas A. Wiseman, Jr.